IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHERI VOYLES                                                          PLAINTIFF

V.                                          CIVIL ACTION NO.: 1:08CV55-SA-JAD

LANE FURNITURE INDUSTRIES, INC.                                      DEFENDANT

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  Defendant's Motion for Summary Judgment [26] is GRANTED;

(2)  Plaintiff's claims are dismissed; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the 31st day of July, 2009.

**/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**